# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 08-00248-KD |
| | ) |
| ALEJANDRO DUARTE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on defendant Alejandro Duarte's unopposed motion for early termination of supervised release (doc. 90). Upon consideration, the motion is **GRANTED,** and defendant's supervised release is terminated and defendant is discharged. See 18 U.S.C. § 3583(e)(1) (after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"). A hearing on the motion is not required. Fed. R. Civ. P. 32.1(c)(2)(B)&(C).

**DONE** and **ORDERED** this the 7th day of December, 2010.

> /s / Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE